IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-539-BO

| | |
|---|---|
| THEODORE JUSTICE, for minor AJ, ) ) ) Plaintiff, ) ) v. ) ) ) GRANVILLE COUNTY ) BOARD OF EDUCATION, ) ) Defendant. ) _____ ) | **MEMORANDUM & RECOMMENDATION** |

Plaintiff has filed an application to proceed *in forma pauperis*, and has demonstrated appropriate evidence of inability to pay the required court costs. However, the Court must also conduct a review pursuant to 28 U.S.C. §§ 1915(e)(2) which requires the Court to dismiss all or any part of an action found to be frivolous or malicious, which fails to state a claim upon which relief can be granted, or which seeks money damages from a defendant immune from such recovery. *See* Cochran v. Morris, 73 F.3d 1310, 1315-16 (4th Cir. 1996)(discussing *sua sponte* dismissal under predecessor statute 28 U.S.C. § 1915(d)). A case is frivolous if it lacks an arguable basis in either law or fact. *See* Neitzke v. Williams, 490 U.S. 319, 325 (1989). For the following reasons the undersigned recommends that Plaintiff's Complaint be found insufficient to survive review under 28 U.S.C. § 1915(e)(2).

As an initial matter, the undersigned notes that Plaintiff has previously filed complaints alleging very similar facts in two other cases: Theodore Justice v. Granville County Board of Education, 5:10-CV-350-BR and Theodore Justice v. Granville County Schools,

5:10-CV-525-BR. The undersigned recommended that both of those complaints be dismissed as frivolous. The instant Complaint does not correct any of the deficiencies noted in Plaintiff's previous frivolous complaints, nor does he assert any new claims that are valid.

Therefore, in light of Plaintiff's previous frivolous filings, the undersigned finds that the instant allegations also fail to state a claim upon which relief can be granted. Accordingly, the undersigned RECOMMENDS that Plaintiff's motion to proceed *in forma pauperis* be GRANTED, but that his Complaint be dismissed for failure to state a claim.

SO RECOMMENDED in Chambers at Raleigh, North Carolina on Monday, December 06, 2010.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE