UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-539-BR

| | |
|---|---|
| THEODORE JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GRANVILLE COUNTY BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff's 7 October 2011 motion to compel defendant to respond to his first request for production of documents. Because defendant's motion for an extension of time to respond to plaintiff's first request for production of documents was granted on 5 October 2011 (see DE # 23), defendant is not required to respond to plaintiff's discovery request until 7 November 2011. As a result, plaintiff's motion to compel (DE # 24) is DENIED.

This 25 October 2011.

_____
W. Earl Britt
Senior U.S. District Judge