UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Theodore Justice, )
          Plaintiff, )
)
v. ) **JUDGMENT**
)
Granville County Board ) 5:10-CV-539-BR
of Education, )
          Defendant. )

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED, all other motions pending before the court in the above-captioned action are DENIED AS MOOT, and the action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment in favor of defendant and close the case.

**This judgment filed and entered on May 17, 2012, and served on:**

Kenneth A. Soo (Via CM/ECF Notice of Electronic Filing)
Theodore Justice (Via US Mail at PO Box 232, Ridgeway, NC 27570)

May 17, 2012                              /s/ Julie A. Richards,
                                                     Clerk of Court